1

**NANCY BRYN ROSENFELD**
California State Bar # 99108
2
1168 Union Street, Ste. 303
San Diego, CA  92101-3818
3
Office: (619) 234-3616
Fax:    (619)234-0054
4

Attorney for Defendant
5
**RUDY TIJERINA, JR.**

6

7

8

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

### (HON.  JEFFREY T. MILLER)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. **08-CR 1540 JM** |
| Plaintiff, | ) | Date:   June 6,  2008 |
| | ) | Time:  11:00 a.m. |
| v. | ) | **NOTICE OF MOTION AND** |
| | ) | **MOTION FOR DISCOVERY** |
| **RUDY TIJERINA, Jr. (5)** | ) | |
| | ) | |
| _____ | ) | |

**TO:    KAREN P. HEWITT, UNITED STATES ATTORNEY; AND STEWART YOUNG, ASSISTANT UNITED STATES ATTORNEY:**

**PLEASE TAKE NOTICE** that on June 6, 2007 at 11:00 a.m., or as soon thereafter as counsel may be heard, the Defendant, Rudy Tijerina, Jr.  will present the following motion for discovery.

Said Motions will be based upon this Notice of Motions, the Motions attached hereto, the Statement of Facts and Points of Authorities filed herewith, as well as any and all other evidence presented at the time of the hearing of said Motions.

Dated: May 28, 2007

/S/ Nancy Bryn Rosenfeld
NANCY BRYN ROSENFELD
Attorney for Defendant
RUDY TIJERINA

08 cr 1540