AO 455 (Rev. 12/03) Waiver of Indictment

# UNITED STATES DISTRICT COURT

SOUTHERN  DISTRICT OF  CALIFORNIA

UNITED STATES OF AMERICA
V.

**WAIVER OF INDICTMENT**

Randy Kennedy

CASE NUMBER: 08-CR-1540 JM

I, Randy Kennedy, the above named defendant, who is accused of

21 USC 841(a)(1) + 846 - Conspiracy to Manufacture Marijuana   RK  JAB

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 6-27-08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
Judge

**FILED**
JUN 27 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

K:\COMMON\CSA\forms\2005\Waiver_indi.wpd