JULIE A. BLAIR
California Bar No. 190802
964 Fifth Ave, Suite 214
San Diego, California 92101
Telephone: (619) 544-1419

Attorney for Mr. Kennedy

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE JEFFREY T. MILLER)

| UNITED STATES OF AMERICA, | ) | CASE NO. 08cr1540-JM |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | |
| RANDY KENNEDY, | ) | STIPULATION FOR ORDER TO MODIFY CONDITIONS OF PRETRIAL RELEASE |
| Defendant. | ) | |

**IT IS HEREBY STIPULATED** by and between the parties that the conditions of pretrial release for the above-captioned defendant be modified to allow him to live in Belton, Texas with his wife. The pretrial services officer, Irene Pflaum, has been consulted and agrees to the modification.

08cr1540

1  All other conditions shall remain as previously set by the Court.

3  **SO STIPULATED.**

5  Dated: 6-27-08

**Julie A. Blair**
Attorney for Mr. Kennedy

7  Dated: 6-27-08

**Randy Kennedy**
Defendant

9  Dated: 6/27/08

**Stewart M. Young**
Assistant United States Attorney

12 Dated: 6-27-08

**Kim Gilbert**
Surety

15 Dated: 6-27-08

**Tom Kennedy**
Surety

17 Dated: _____

**Cathy Somers**
Surety

To whom it may concern,
I, Catherine Somers, am a surety for Randy Kennedy. As a surety it would be acceptable to me that he is allowed to reside in Texas while he awaits sentencing. I would agree to modify his bond stipulations to state such. I swear by these statements.

Catherine Somers

*Catherine Somers*

6-26-08