1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

SOUTHERN DISTRICT OF CALIFORNIA

10

**(HON. JEFFREY T. MILLER)**

11

| UNITED STATES OF AMERICA, | ) | CASE NO. 08cr1540-JM |

12

| | ) | |
| Plaintiff, | ) | |

13

| | ) | |
| v. | ) | |

14

| | ) | **ORDER** |
| RANDY KENNEDY, | ) | |

15

| | ) | |
| Defendant. | ) | |

16

| | ) | |

17

18      **IT IS HEREBY ORDERED** that the SENTENCING HEARING as to defendant

19  Randy Kennedy in the above entitled case, currently scheduled before

20  Judge Miller on September 29, 2008, at 9:00 a.m., be continued until

21  *November 10, 2008, at 9:00 a.m.*

22      **IT IS SO ORDERED.**

23  DATED:  September 17, 2008

24                                                    _____

25                                                    Hon. Jeffrey T. Miller
                                                     United States District Judge

26

27

28